732 A.2d 863

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND**

v.

**George A. HARPER.**

**Misc. (Subtitle AG) No. 89, Sept. Term, 1998.**

Court of Appeals of Maryland.

July 7, 1999.

## *ORDER*

This matter came before the Court on the Joint Petition for a Reprimand by Consent submitted by the Attorney Grievance Commission of Maryland, Petitioner, and Respondent, George A. Harper.

The Court, having considered the Petition, it is this 7th day of July, 1999,

ORDERED that the Respondent, George A. Harper, be and he is hereby reprimanded for misconduct in violation of Rule 8.4(d) of the Maryland Rules of Professional Conduct.